83 A.3d 410

COMMONWEALTH of Pennsylvania, Respondent

v.

Timothy L. GAINES, Petitioner.

No. 151 EM 2013.

Supreme Court of Pennsylvania.

Jan. 6, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of January, 2014, the Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.